[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-13471
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00035-WS-N-1

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

versus

SHAWN EPHISIAN TAYLOR,

                                                    Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 9, 2015)

Before MARCUS, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

    Robert Ratliff, appointed counsel for Shawn Taylor, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Taylor's conviction and sentence are **AFFIRMED**.